# United States District Court Violation Notice

20-03754

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9267863 | JONES M | 16745 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 19/05/2020 | PC 647 (F) P |

Place of Offense: 1110 Boxwood Ln

Offense Description: Factual Basis for Charge — HAZMAT ☐

Public intoxication

## DEFENDANT INFORMATION

Last Name: ESPINOSA
First Name: FEDERICA
M.I.: E

[Street Address redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 221 W. BROADWAY ST, SAN DIEGO, CA 92101

X Defendant Signature: Federica Espinoza

Original - CVB Copy
CCN 03754    *9267863*    EML(2)

---

(For issuance of an arrest warrant or summons)

I state that on 05 DEC, 20 20 while exercising my duties as a law enforcement officer in the Southern District of California

I responded to 1110 Boxwood Ln in reference to a drunk and disorderly. Upon arriving on scene I noticed a female (Espinosa) trying to fight Bowling B. I restrained her for public intoxication.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/05/2020    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

20-03754